UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOUGLAS ARONSON,<br><br>                         Plaintiff,<br>v.<br><br>RIDDELL INC., ALL AMERICAN SPORTS CORP. d/b/a RIDDELL/ALL AMERICAN, RIDDELL SPORTS GROUP, INC., EASTON-BELL SPORTS, LLC, AND EB SPORTS CORP.<br><br>                         Defendants. | Civil Action No. 1:14-cv-00126-JBS-JS<br><br>NOTICE OF CONSENT MOTION FOR THE *PRO HAC VICE* ADMISSION OF MICHAEL C. LYNCH, ESQ. AND SUNG KIM, ESQ. |

**PLEASE TAKE NOTICE** that pursuant to L. Civ. R. 101.1, defendants Riddell, Inc., All American Sports Corporation d/b/a Riddell/All American, Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and EB Sports (collectively, the "Defendants"), by and through its attorneys Kelley, Drye & Warren LLP, hereby moves for an Order admitting Michael C. Lynch, Esq., and Sung Kim, Esq. *pro hac vice* in this matter.  Counsel for all parties have consented to admission *pro hac vice* Mssrs. Lynch and Kim.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiff shall rely upon the accompanying Certifications of Joseph A. Boyle, Esq., Michael C. Lynch, Esq., and Sung Kim, Esq.

A proposed Order is being submitted herewith.


Dated: March 28, 2013                    **KELLEY, DRYE & WARREN LLP**
                                         Attorneys for Defendants


                                         By: /s/ *Joseph A. Boyle*
                                             Joseph A. Boyle