Joseph A. Boyle
Michael A. Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(Tel.) (973) 503-5900
(Fax) (973) 503-5950

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOUGLAS ARONSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RIDDELL INC., ALL AMERICAN SPORTS CORP. d/b/a RIDDELL/ALL AMERICAN, RIDDELL SPORTS GROUP, INC., EASTON-BELL SPORTS, LLC, AND EB SPORTS CORP.<br><br>　　　　　Defendants. | Civil Action No. 1:14-cv-00126-JBS-JS<br><br>CERTIFICATION OF JOSEPH A. BOYLE IN SUPPORT OF *PRO HAC VICE* ADMISSION OF MICHAEL C. LYNCH, AND SUNG KIM |

　　　　JOSEPH A. BOYLE, ESQ., certifies under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

　　　　1.　　I am an attorney-at-law and a partner of the firm of Kelley Drye & Warren LLP, with offices at 200 Kimball Drive, Parsippany, New Jersey, counsel

for defendants Riddell, Inc., All American Sports Corporation d/b/a Riddell/All American, Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and EB Sports (collectively, the "Defendants"). I make this certification in support of Defendants' applications for the admissions *pro hac vice* of Michael C. Lynch, and Sung Kim. All parties have consented to this application.

1. I am a member in good standing of the Bar of the State of New York, the State of New Jersey, and of the Bar of this Court.

2. Mr. Lynch is an attorney-at-law licensed to practice in the District of Columbia and the State of New York and is a partner of the law firm Kelley Drye & Warren LLP.

3. Mr. Kim is an attorney-at-law licensed to practice in the District of Columbia and the State of New York and is an associate of the law firm Kelley Drye & Warren LLP.

4. In accordance with Local Civil Rule 101.1(c)(2), Mr. Lynch, and Mr. Kim shall both make a payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Civil Practice Rule 1:28-2(a), and shall make such payment for any year in which they continue to represent the aforesaid Defendants in a matter pending in this Court.

5. To the best of my knowledge, Mr. Lynch, and Mr. Kim have never been the subject of any disciplinary proceeding by any court or other authority, and have never been suspended or disbarred by any court or bar.

6. I know Mr. Lynch, and Mr. Kim, and believe them to be attorneys of good moral character.

7. I certify that I shall continue to act as counsel-of-record in this action and will comply with Local Civil Rule 101.1(c).

8. I respectfully request that this Court grant this Application to admit Mr. Lynch, and Mr. Kim *pro hac vice* to participate as counsel for Defendants in the above-captioned action and for all purposes in connection with this action. I attach hereto a proposed order for admission *pro hac vice*.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2014
*/s/ Joseph A. Boyle*
Joseph A. Boyle